LOUIS J. SINGER, TRADING, ETC., APPELLANT, v. MURRAY HOLDING COMPANY, RESPONDENT.

Submitted May 25, 1945—Decided September 27, 1945.

For the appellant, *Max L. Rosenstein.*

For the respondent, *Kessler & Kessler.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge William A. Smith in the Essex County Circuit Court and printed at 23 *N. J. Mis. R.* 24.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BODINE, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, JJ. 10.

*For reversal*—HEHER, McGEEHAN, JJ. 2.